JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINTHYA STEPHANIE ARIAS SALAZAR, | Case No. 5:25-cv-03236-PA-KES |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN OF ADELANTO DETENTION FACILITY, et al., | |
| Respondents. | |

Pursuant to the Court's Order Granting Petition, IT IS ADJUDGED that the Petition is **granted**.

DATED: December 17, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE